IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY TYRONE JOHNSON,   )<br>                           )<br>    Petitioner,           )<br>                           )    CIVIL ACTION NO.<br>    v.                     )      2:10cv1039-MHT<br>                           )<br>UNITED STATES OF AMERICA,  )<br>                           )<br>    Respondent.            ) | |

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

   (1) The United States Magistrate Judge's recommendation (Doc. No. 20) is adopted.

   (2) The 28 U.S.C. § 2255 petition for writ of habeas corpus (Doc. No. 1) is denied.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

DONE, this the 11th day of March, 2013.

                                          /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE